# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

                              Plaintiff,

v.

JAVEYON DEMARIO TATE,                          **Criminal No**. 22-CR-76 (KMM/TNL)

                              Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
          (X )Ad Prosequendum          (  )Ad Testificandum

Name of Detainee:  JAVEYON DEMARIO TATE
Detained at (custodian):   HENNEPIN COUNTY JAIL

The government is requesting the **investigating agency** to transport detainee.

Detainee is:    a.)      (X) charged in this district by:  Indictment
                Charging Detainee With:  Conspiracy to Use, Carry, and Brandish Firearms
During and in Relation to a Crime of Violence; Brandishing a Firearm During and in Relation to a Crime of
Violence; Interference with Commerce by Robbery; Possession of a Machinegun
          or        b.)      () a witness not otherwise available by ordinary process of the Court

Detainee will: a.)      ( ) return to the custody of detaining facility upon termination of this proceeding
          or        b.)      ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on July 29, 2022 at 1:00 p.m. in the courtroom of David T. Schultz.

Dated:  July 28, 2022

                                        THOMAS CALHOUN-LOPEZ, AUSA

## WRIT OF HABEAS CORPUS

          (X )Ad Prosequendum                    (  )Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this
district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any
further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to
the above-named custodian.

July 29, 2022                                    *s/David T. Schultz*
Date                                             UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Javeyon Demario Tate | Gender: | Male |
| Booking #: | 2022011907 | DOB: | |
| Facility Address: | 401 4th Street | Race: | |
| | Minneapolis, MN  55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Conspiracy to Use, Carry, and Brandish Firearm | | |
| | During and in Relation to a Crime of Violence | | |

## RETURN OF SERVICE

Executed on _____ by _____  _____
                                                                                    (Signature)