IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:  JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| v. | ) | Case No:  22-cr-76 KMM/TNL |
| | ) | Date:  August 2, 2022 |
| Javeyon Demario Tate(4) | ) | Courthouse:  St. Paul |
| Defendant, | ) | Courtroom:  6A |
| | ) | Time Commenced:  11:12 a.m. |
| | | Time Concluded:  11:27 a.m. |
| | | Time in Court:  15 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

Plaintiff: Andrew Luger and Thomas Calhoun-Lopez, U.S. Attorney and Assistant U.S. Attorney
Defendant:  Kenneth Udoibok
       X CJA

On   X Superseding Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.

                                                                                                                    s/JAM
                                                                                            Signature of Criminal Duty Clerk