UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 22-76 (KMM/TNL)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>             Plaintiff,              )<br>                                                      )<br>     v.                                            )<br>                                                      )<br>SHEVIRIO KAVIRION           )<br>    CHILDS-YOUNG (1),        )<br>WILLIAM CHARLES SAFFOLD (2),  )<br>ERIC HARRELL KNIGHT (3), and  )<br>JAVEYON DEMARIO TATE (4),  )<br>                                                      )<br>             Defendant.           ) | **DEFENDANTS' JOINT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

Defendants, by and through their attorneys, respectfully move the Court to exclude the period of time through the date of the motions hearing from the Speedy Trial Act (18 U.S.C. § 3161(h)(7)(A)) computations in this case. The grounds for this motion are set forth in the accompanying Joint Motion for Extension of Time to File Pretrial Motions and signed Statements of Facts in Support of Exclusion of Time Under Speedy Trial Act.

1

Respectfully submitted,

**RYAN GARRY, ATTORNEY, LLC**

Dated: August 17, 2022

s/ Ryan Garry
Ryan P. Garry (Attorney No. 0336129)
Attorneys for Mr. Saffold
333 South Seventh Street, Suite 3020
Minneapolis, MN 55402
Phone: (612) 436-3051
Fax: (612) 436-3052
ryan@ryangarry.com

*/s Manny K. Atwal*
Manny K. Atwal
Doug Micko
Office of the Federal Defender
Counsel for Mr. Childs-Young
300 S. 4th Street, Suite 107
Minneapolis, MN 55415
Phone: 612-664-5858
manny_atwal@fd.org
doug_micko@fd.org

*s/ Kurt B. Glaser*
Berglund, Baumgartner, Kimball & Glaser, LLC
Attorney for Mr. Knight
333 Washington Avenue North, Suite 405
Minneapolis, MN 55401
Phone: 612-333-6513
KurtGlaser@GlaserLaw.net

/s/ Kenneth U. Udoibok
Kenneth U. Udoibok (#0262523)
Kenneth Ubong Udoibok, P.A.
Attorney for Defendant Javeyon Demario Tate
Flour Exchange Building, Suite 5010
310 Fourth Avenue South
Minneapolis, MN 55415
Phone: (612) 808-6031
k@kenULaw.com

2